AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br>EARL GROSS<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.: 2:12-cr-066-MMD-CWH |



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 10 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

## ~~ORDER SCHEDULING A~~ DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Courtroom No.: 3A |
|---|---|---|
| | Before the Honorable George W. Foley, Jr., U.S. Magistrate ~~Judge~~ | Date and Time: January 16, 2013 at 10:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.


Date:   Jan 10, 2013

*Judge's signature*

GEORGE W. FOLEY JR., U.S. Magistrate Judge

*Printed name and title*