UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00066-MMD-CWH |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| EARL GROSS, | |
| Defendant. | |

On January 17, 2013, the Court ordered counsel appointed to provide legal advice to the defendant Earl Gross regarding his decision to continue being represented by retained counsel Dominic Gentile, Esq. (dkt. no. 42).

IT IS HEREBY ORDERED that the Federal Public Defender is appointed to give legal advice to Earl Gross regarding continued representation by retained counsel, Dominic Gentile, Esq.

DATED this 25th day of January 2013.

Nunc Pro Tunc Date: January 22, 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE