**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:12-CR-066-APG-(CWH) |
| EARL GROSS, | ) ) ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

This Court found on June 19, 2013, that EARL GROSS shall pay a criminal forfeiture money judgment of $8,440,439.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Indictment, ECF No. 1; Change of Plea, ECF No. 66; Plea Agreement, ECF No. 67; Order of Forfeiture, ECF No. 69.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from EARL GROSS a criminal forfeiture money judgment in the amount of $8,440.439.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 16th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Heidi Skillin, Paralegal, certify that the following individuals were served with copies of the Order of Forfeiture on December 13, 2013, by the below identified method of service:

<u>Electronic Filing</u>

Dominic P. Gentile
Michael V. Cristalli
Paola M. Armeni
3960 Howard Hughes Parkway, Ninth Floor
Las Vegas, NV 89169
USDCNOTICES@gordonsilver.com
mcristalli@gordonsilver.com
*Counsel for Earl Gross*

          /s/ Heidi Skillin
HEIDI SKILLIN
Forfeiture Support Associates Paralegal

3